UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JONATHAN OLIVER          )
                         )
                         )
        v.               )        1:21-cv-00225-JAW
                         )
                         )
VERSANT POWER et al      )

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Dismissal filed October 21, 2021 (ECF No. 5), the Court affirms the Recommended Dismissal.

Accordingly, it is ORDERED that the Recommended Dismissal (ECF No. 5) of the Magistrate Judge be and hereby is AFFIRMED, and the Court DISMISSES the Plaintiffs' Complaint (ECF No. 1) without prejudice.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 17th day of November, 2021